UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIREZA HAMEDANI,<br><br>    Petitioner,<br><br> v.<br><br>PAMELA BONDI et al.,<br><br>    Respondents. | CASE NO. 2:25-cv-02509-JNW-TLF<br><br>ORDER DENYING PETITIONER'S SECOND MOTION FOR TEMPORARY RESTRAINING ORDER |

  This matter comes before the Court on Petitioner Alireza Hamedani's second motion for a temporary restraining order. *See* Dkt. No. 9. Hamedani asks the Court to issue an order to show cause with an expedited briefing schedule on his habeas petition that would have Respondent's return due in five days and Petitioner's traverse due in seven days after the return is due. Dkt. No. 9 at 6.

  The Court previously denied Hamedani's first motion for a temporary restraining order, which sought immediate release from immigration custody, but the Court granted Hamedani's request for an expedited briefing schedule on his pending habeas petition. *See* Dkt. No. 4. Regrettably, the Court did not issue the promised scheduling order as promptly as intended.

ORDER DENYING PETITIONER'S SECOND MOTION FOR TEMPORARY RESTRAINING ORDER - 1

The Court has now issued a scheduling order requiring Respondents' return by January 20, 2026, and Hamedani's traverse by January 26, 2026. Dkt. No. 10 ¶¶ 1–2. This resolves Hamedani's request for an order to show cause and expedited briefing.

If Hamedani wishes to expedite the briefing schedule further, he must meet and confer with Respondents about a joint motion to expedite the schedule even further. Dkt. 10 ¶ 6. For Hamedani's convenience, because he is proceeding pro se, at least for now, and is detained, the Court notes that the U.S. Attorney's Office may be reached at USAWAW.ImmigrationHabeasService@usdoj.gov. Otherwise, the deadlines in the existing scheduling order control.

Accordingly, Hamedani's second motion for a temporary restraining order is DENIED. Dkt. No. 9.

Dated this 13th day of January, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING PETITIONER'S SECOND MOTION FOR TEMPORARY RESTRAINING ORDER - 2