THE HONORABLE JAMAL N. WHITEHEAD
THE HONORABLE JUDGE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALIREZA HAMEDANI,                    ) No. CV25-2509-JNW-TLF
                                     )
          Plaintiff,                 )
                                     )
     v.                              ) ORDER TO EXTEND DEADLINE TO
                                     ) FILE REPLY TO FEDERAL
                                     ) RESPONDENT'S RETURN
PAMELA BONDI, et al.,                )
                                     )
          Defendant.                 )
                                     )

THE COURT has considered the unopposed motion to extend the reply deadline along with the records in this case (Dkt. 20).

IT IS ORDERED that the due date for Petitioner's Reply to the Federal Respondent's Return is extended from January 26, 2026, to January 29, 2026.

Dated this 26th day of January 2026.

_____

UNITED STATES MAGISTRATE JUDGE

ORDER TO EXTEND DEADLINE TO FILE
REPLY TO FEDERAL RESPONDENT'S RETURN
(*Hamedani v. Bondi*, No. CV25-2509-JNW-TLF) - 1